# United States District Court

### NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| QUIKTECH, LLC | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 3:24-CV-1672-S-BN |
| | § | |
| H&R BLOCK ENTERPRISES, LLC | § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION
## OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. No objections were filed. The Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge. The Court **DENIES** Defendant H&R Block Enterprises LLC's Motion for Injunction [ECF No. 65].

**SO ORDERED.**

SIGNED May 18, 2026.

_____
**UNITED STATES DISTRICT JUDGE**